UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-cv-23153

SUPACAZ (TAIWAN) LTD. and
ANTHONY SINYARD,

     Plaintiffs,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

     Defendants.

_____/

### SCHEDULE A

| DOE | Defendant Seller | Defendant Marketplace |
|-----|------------------|-----------------------|
| 1 | █████████████ | https://████████████ |
| 2 | █████████████ | https://████████████████ |
| 3 | █████████████ | https://███████████████ |
| 4 | █████████████ | https://████████████ |
| 5 | █████████████ | https://████████████ |
| 6 | █████████████ | https://████████████ |
| 7 | █████████████ | https://███████████████ |
| 8 | █████████████ | https://█████████████ |
| 9 | █████████████ | https://███████████████ |
| 10 | █████████████ | https://████████████ |

| DOE | Defendant Seller | Defendant Marketplace |
|-----|------------------|-----------------------|
| 11 | | https:// |
| 12 | | https:// |
| 13 | | https:// |
| 14 | | https:// |
| 15 | | https:// |
| 16 | | https:// |
| 17 | | https:// |
| 18 | | https:// |
| 19 | | https:// |
| 20 | | https:// |
| 21 | | https:// |
| 22 | | https:// |
| 23 | | https:// |
| 24 | | https:// |
| 25 | | https:// |
| 26 | | https:// |
| 27 | | https:// |
| 28 | | https:// |
| 29 | | https:// |
| 30 | | https:// |
| 31 | | https:// |
| 32 | | https:// |
| 33 | | https:// |
| 34 | | https:// |
| 35 | | https:// |
| 36 | | https:// |
| 37 | | https:// |
| 38 | | https:// |

2